IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


SOUTHERN BAKERIES, LLC                                                                                    PLAINTIFF

V.                                              Case No. 4:12-CV-4071

BAKERY, CONFECTIONARY,
TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL,
LOCAL NO. 111                                                                                              DEFENDANT


## JUDGMENT

This matter comes before the Court upon cross motions for summary judgment filed by Plaintiff Southern Bakeries, LLC and Defendant Bakery, Confectionary, Tobacco Workers and Grain Millers International, Local No. 111.  ECF Nos. 19 and 22. For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 22) should be and hereby is **GRANTED**.  The Court further finds that Plaintiff's Motion for Summary Judgment (ECF No. 19) should be and hereby is **DENIED**.  The Court upholds the April 10, 2012 arbitration decision.

Defendant asserts in a reply brief that it should be awarded costs and attorney's fees but has not filed a formal motion requesting such.  This issue is not before the Court, and Plaintiff's Motion to Strike this issue from the reply brief is **DENIED**.  ECF No. 32.  Should Defendant file a motion for attorney's fees, Plaintiff will have the opportunity to respond.

IT IS SO ORDERED, this 27th day of February, 2014.


                                                                    /s/ Susan O. Hickey
                                                                    Susan O. Hickey
                                                                    United States District Judge