IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SOUTHERN BAKERIES, LLC                                                                    PLAINTIFF

VS.                                          CASE NO. 12-CV-4071

BAKERY, CONFECTIONARY, TOBACCO
WORKERS AND GRAIN MILLERS
INTERNATIONAL, LOCAL NO. 111                                                          DEFENDANT

## ORDER

Before the Court is a Motion for Extension of Time to Submit Motion for Attorneys Fees filed by Bakery, Confectionary, Tobacco Workers and Grain Millers International Local 111 ("BCT"). ECF No. 41. This motion was filed in response to a Motion to Strike Motion for Attorneys Fees (ECF No. 38) filed by Southern Bakeries, LLC. ECF No. 40.

Upon consideration, the Court finds that good cause exists for extending BCT's time for filing its Motion for Attorneys Fees. The Motion for Attorneys Fees was filed one-day late, and the Court will treat the motion as having been timely filed. Accordingly, BCT's Motion for Extension of Time to Submit Motion for Attorneys Fees (ECF No. 41) is **GRANTED**. Southern Bakeries' Motion to Strike Motion for Attorneys Fees (ECF No. 40) is **DENIED**.

Southern Bakeries should file its response to BCT's Motion for Attorneys Fees on or before February 17, 2015.

IT IS SO ORDERED, this 2nd day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge