IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SOUTHERN BAKERIES, LLC                                                    PLAINTIFF

VS.                              CASE NO. 12-CV-4071

BAKERY, CONFECTIONARY, TOBACCO
WORKERS AND GRAIN MILLERS
INTERNATIONAL, LOCAL NO. 111                                              DEFENDANT

## ORDER

Before the Court is a Joint Motion to Dismiss. ECF No. 49. The parties state that they have fully and finally resolved their dispute. Accordingly, the Court finds that the pending Motion for Attorney Fees (ECF No. 38) should be and hereby is DENIED AS MOOT, and this case is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED, this 18th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge